**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

                                      Case No. 6:08-cv-829-Orl-31GJK

v.

NORTH AMERICAN CLEARING, INC.,
RICHARD L. GOBLE, BRUCE B.
BLATMAN and TIMOTHY J. WARD,

        Defendants.

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Sutherland Asbill & Brennan LLP, J. Andrew Bertron, Esq., Michael K. Freedman, Esq., Keith J. Barnett, Esq., and Olga Greenberg, Esq. (collectively "Sutherland"), pursuant to Local Rule 2.03, hereby respectfully move for entry of an order permitting them to withdraw as counsel for (1) Defendant North American Clearing, Inc. ("NACI") and (2) the Receiver over NACI, Peter J. Anderson, Esq. (the "Receiver"), subject to the Court's granting of the Receiver's Motion for Discharge of the Receiver and Transfer of Request for Approval of Fees and Expenses to Bankruptcy Court ("Motion for Discharge"), filed contemporaneously with this Motion. In support of this Motion, Sutherland states as follows:

1. On June 3, 2008, Sutherland and J. Andrew Bertron, Esq. appeared in this case as counsel for the Receiver and NACI, and Michael K. Freedman, Esq. was admitted *pro hac vice*.

2. On June 9, 2008, Keith J. Barnett, Esq. and Olga Greenberg, Esq. were admitted *pro hac vice*.

3. On July 28, 2008, the Court ordered that NACI be placed in SIPC liquidation and appointed a trustee for the liquidation of the business of NACI, Robert N. Gilbert (the "Trustee").

4. Contemporaneous with this Motion, the Receiver filed the Motion for Discharge. Accordingly, should the Court grant the Motion for Discharge, Sutherland is no longer needed in these proceedings.

5. The granting of this Motion will not cause a continuance or delay as the liquidation of the business of NACI is now under the control of the Trustee.

6. Pursuant to Local Rule 3.01(g), the undersigned conferred with counsel for the SEC in a good faith effort to resolve this Motion, and counsel for the SEC had no objection to the relief requested herein.

For these reasons, Sutherland respectfully requests that this Court enter an Order permitting their withdrawal as counsel of record for (1) Defendant North American Clearing, Inc. ("NACI") and (2) the Receiver over NACI, Peter J. Anderson, Esq. (the "Receiver"), subject to the Court's granting of the Receiver's Motion for Discharge.

August 8, 2008.

Respectfully submitted,

/s/ Michael K. Freedman
Michael K. Freedman (*pro hac vice*)
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996
404.853.8093 (telephone)
404.853.8806 (facsimile)
*Attorney for Receiver over*
*North American Clearing, Inc.,*
*Peter J. Anderson*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and/or parties in this matter, and mailed a copy via U.S. Mail to Mr. Timothy J. Ward, *pro se,* 208 Debary Drive, Debary, FL 32713.

/s/ Michael K. Freedman
Michael K. Freedman (*pro hac vice*)